1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  KENT ARTHUR COX

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:09-cr-00208 LJO
                                    )
12         Plaintiff,                )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING AND RESET FOR
13     v.                            )   CHANGE OF PLEA/STATUS CONFERENCE;
                                    )    ORDER
14 KENT ARTHUR COX,                 )
                                    )
15         Defendant.                )   Date:  October 2, 2009
                                    )   Time:  8:30 a.m.
16 _____  )   Judge: Hon. Lawrence J. O'Neill

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19 respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

20 September 25, 2009, **may be continued to October 2, 2009 at 8:30 a.m. and reset for change of**

21 **plea/status conference**

22     The request is made because the parties have discussed a plea offer in this matter which must be

23 set in writing and presented to the defendant for review.  The parties anticipate that the continuance will

24 result in resolution of the case.  The requested continuance will conserve time and resources for all parties

25 and the court.

26 ///

27 ///

28 ///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

LAWRENCE G. BROWN
United States Attorney

DATED: September 23, 2009          By  /s/ David L. Gappa
                                   DAVID L. GAPPA
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 23, 2009          By  /s/ Melody M. Walcott
                                   MELODY M. WALCOTT
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   KENT ARTHUR COX

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:  September 23, 2009**           **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE