```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | DAVID L. GAPPA
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street
   | Suite 4401
 4 | Fresno, California 93721
   | Telephone: (559)497-4000
 5 |
 6 |
 7 |
 8 |        IN THE UNITED STATES DISTRICT COURT FOR THE
 9 |                EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )   1:09-CR-00208-LJO
   |                              )
12 |         Plaintiff,            )   PRELIMINARY ORDER OF
   |                              )   FORFEITURE
13 |    v.                         )
   |                              )
14 | KENT ARTHUR COX,             )
   |                              )
15 |         Defendant.            )
   | _____)
16 |
17 |     Based upon the plea agreement entered into between plaintiff
18 | United States of America and defendant Kent Arthur Cox it is hereby
19 |     ORDERED, ADJUDGED AND DECREED as follows:
20 |     1.   Pursuant to 18 U.S.C. §§ 1467 and 2253, defendant Kent
21 | Arthur Cox's interest in the following property shall be condemned
22 | and forfeited to the United States of America, to be disposed of
23 | according to law:
24 |          a)   one Sony Microvault USB device,
   |               Serial # 7503DDDV, and
25 |
   |          b)   one Dell laptop computer, containing a
26 |               320 gigabyte hard drive,
   |               serial # WXEX08VPN977.
27 | ///
28 | ///
```

2. Asset (a) above constitutes property containing visual depictions produced, transported, shipped or received in violation of 18 U.S.C. § 2252(a)(2), all in violation of 18 U.S.C. § 2253. Asset (b) above was used or intended to be used to commit or promote the commission of a violation of 18 U.S.C. § 1470 and constitutes obscene material produced, transported, mailed, shipped, or received in a violation of 18 U.S.C. § 1470.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security/Immigration and Customs Enforcement or Customs and Border Protection, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 1467(b) and 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60)

days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 1467 and 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   November 17, 2009**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE