DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KENT ARTHUR COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00208 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO ADVANCE SENTENCING HEARING TIME; [PROPOSED] ORDER |
| v. | ) ) | |
| KENT ARTHUR COX, | ) ) | Date:  January 22, 2010 Time:  8:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto and through their respective attorneys, that the sentencing hearing in the above-captioned matter now scheduled for hearing on January 22, 2010, at 8:30 A.M., **may be advanced to be heard at 8:00 A.M. on January 22, 2010**.

The request is made because counsel for both parties are currently engaged in trial in the matter of *U.S. v. Freyling, Et al.,* 1:08-cr-00384 OWW, which commenced January 12, 2010, and anticipate trial will continue through the end of January, 2010, and they will not be available for hearing at 8:30 A.M. on the date now set.  The requested change of time for hearing will conserve time and resources for all parties and the court.

///

///

///

Because this is a sentencing hearing, no exclusion of time is required.

LAWRENCE G. BROWN
United States Attorney

DATED: January 19, 2010        By /s/ David L. Gappa
                               DAVID L. GAPPA
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               DANIEL J. BRODERICK
                               Federal Defender

DATED: January 19, 2010        By /s/ Melody M. Walcott
                               MELODY M. WALCOTT
                               Assistant Federal Defender
                               Attorney for Defendant
                               KENT ARTHUR COX

## ORDER

**The request and stipulation is granted.**

IT IS SO ORDERED.

**Dated:   January 19, 2010**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

Stipulation to Advance Sentencing Hearing
Time; [Proposed] Order            -2-