1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-00208-LJO |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| KENT ARTHUR COX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on or about November 17, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1467 and 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Kent Arthur Cox forfeiting to the United States the following property:

   a) one Sony Microvault USB device, Serial # 7503DDDV, and

   b) one Dell laptop computer, containing a 320 gigabyte hard drive, serial # WXEX08VPN977.

   AND WHEREAS, beginning on December 1, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

1  site www.forfeiture.gov.  Said published notice advised all third
2  parties of their right to petition the Court within sixty (60) days
3  from the first day of publication of the notice for a hearing to
4  adjudicate the validity of their alleged legal interest in the
5  forfeited property;

6  AND WHEREAS, the Court has been advised that no third party
7  has filed a claim to the subject property and the time for any
8  person or entity to file a claim has expired.

9  Accordingly, it is hereby ORDERED and ADJUDGED:

10  1.  A Final Order of Forfeiture shall be entered forfeiting
11  to the United States of America all right, title, and interest in
12  the above-listed property pursuant to 18 U.S.C. § 1467 and 18
13  U.S.C. § 2253, to be disposed of according to law, including all
14  right, title, and interest of Kent Arthur Cox.

15  2.  All right, title, and interest in the above-listed
16  property shall vest solely in the name of the United States of
17  America.

18  3.  The Department of Homeland Security/Immigration and
19  Customs Enforcement or Customs and Border Protection shall maintain
20  custody of and control over the subject property until it is
21  disposed of according to law.

22  IT IS SO ORDERED.

23  **Dated:   February 11, 2010**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE